IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:23-MJ- 94 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JAMES P. MADDOX, | ) | Court Date: May 8, 2023 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6775767)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about and between January 14, 2023 and March 7, 2023, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES P. MADDOX, did unlawfully and intentionally damage personal property, not his own, specifically: base housing residence wall of A.L., and television, the property of A.L., said property having a value of less than one thousand ($1,000) dollars.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-137(A), 1950, as amended)

(COUNT II – Class A Misdemeanor - 6775768)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 7, 2023, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES P. MADDOX, did unlawfully intend to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof in a public building or public place, in that he engaged in conduct having a direct tendency to cause acts of violence by the person at whom such conduct was directed.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-415(A), 1950, as amended)

(COUNT III – Class A Misdemeanor – 6775769)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 7, 2023, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, JAMES P. MADDOX, did unlawfully and knowingly commit a simple assault upon A.L., by throwing a garage door opener at A.L.

(Violation of Title 18, United States Code, Section 113(5))

Respectfully Submitted,

Jessica D. Aber
United States Attorney

*James D. Coppinger*
James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 4th day of May 2023 to the defendant's home of record.

    By: *James D. Coppinger*
    James D. Coppinger
    Special Assistant United States Attorney
    2100 Jamieson Ave
    Alexandria, VA 22314
    Phone: (703) 299-3706
    Fax: (703) 299-3980
    James.coppinger@usdoj.gov